STATE of Missouri, Respondent,

v.

Kevin F. BRITTON, Appellant.

No. WD 48072.

Missouri Court of Appeals,
Western District.

April 5, 1994.

Frederick P. Tucker, Asst. Public Defender, Moberly, for appellant.

James B. Funk, Asst. Pros. Atty., Macon County, Macon, for respondent.

Before BERREY, P.J., and KENNEDY and ELLIS, JJ.

*ORDER*

PER CURIAM.

Defendant appeals conviction of driving while license was suspended, § 302.321, RSMo Cum.Supp.1993.

The judgment of conviction is affirmed. Rule 30.25(b).